■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL VILLALBA, Appellant. [823 NYS2d 905]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered June 13, 2005, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). Miller, J.P., Krausman, Spolzino, Fisher and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE WILLIAMS, Appellant. [823 NYS2d 904]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered August 31, 2004, convicting him of burglary in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was properly adjudicated a second felony offender (see People v Parker, 41 NY2d 21 [1976]; People v Banks, 204 AD2d 473 [1994]).

The defendant waived appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d 248 [2006]; People v Lawrence, 32 AD3d 969 [2006]; People v Rodriguez, 32 AD3d 481 [2006]). Miller, J.P., Ritter, Spolzino and Dillon, JJ., concur.